UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00211-FDW-DSC

| | |
|---|---|
| DENISE DARBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant Commissioner's Consent Motion for Remand. (Doc. No. 11). For the reasons submitted in Defendant's Motion, and after reviewing the entire record in the case, this unopposed motion is GRANTED.

It is therefore ordered that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Signed: February 27, 2015

Frank D. Whitney
Chief United States District Judge